No. 362, Misc.  SHOTKIN *v.* PERKINS ET AL.  Petition for appeal denied.

No. 363, Misc.  WILLIS *v.* WRIGHT, WARDEN;

No. 364, Misc.  KOZDRON *v.* KETCHUM, WARDEN;

No. 366, Misc.  PETERS *v.* LOUISIANA;

No. 369, Misc.  ELLIOTT *v.* HOWARD, WARDEN;

No. 385, Misc.  MOSELEY *v.* ILLINOIS;

No. 396, Misc.  IN RE PARKER;

No. 404, Misc.  COOKE *v.* OVERHOLSER;

No. 409, Misc.  RUTHVEN *v.* OVERHOLSER, SUPERINTENDENT;

No. 410, Misc.  BERTRAND *v.* RAGEN, WARDEN; and

No. 412, Misc.  IN RE RAMSEY.  The motions for leave to file petitions for writs of habeas corpus are severally denied.